UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH

TYLER STOREY,

    Plaintiff,

v.

EVANSVILLE MARINE SERVICE, INC.,

    Defendant.

                                             /

Case No.: 5:22-CV-132-BJB

## COMPLAINT

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the general maritime law for unseaworthiness, maintenance, and cure.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about December 5, 2019 while attempting to step between two barges in an unreasonably unlit environment, without a ladder, Plaintiff was injured because of said unseaworthy condition and failure to (1) have reasonable care exercised by his employer and (2) provide a safe place to work.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

    a. Pain and suffering, past future.

    b.  Mortification, humiliation, fright shock and embarrassment.

    c.  Loss of earnings and earning capacity.

    d.  Hospital, pharmaceutical and other cure expenses.

    e.  Aggravation of prior condition, if any there be.

    f.  Inability to engage in social, recreational, and other pursuits previously enjoyed.

    g.  Mental anguish.

    h.  Found.

    i.  Maintenance, cure, and/or attorney fees

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

        Respectfully submitted,

        O'BRYAN BAUN KARAMANIAN

        */s/ Dennis M. O'Bryan*
        DENNIS M. O'BRYAN (P30545)
        Attorneys for Plaintiff
        40l S. Old Woodward, Suite 463
        Birmingham, MI 48009
        248.258.6262, 248.258.6047 - fax
        dob@obryanlaw.net

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH

TYLER STOREY,

    Plaintiff,

Case No.:

v.

EVANSVILLE MARINE SERVICE, INC.,

    Defendant.
_____/

## DEMAND FOR TRIAL BY JURY

**NOW COMES** Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

            O'BRYAN BAUN KARAMANIAN

            /s/ Dennis M. O'Bryan
            DENNIS M. O'BRYAN (P30545)
            Attorneys for Plaintiff
            40l S. Old Woodward, Suite 463
            Birmingham, MI 48009
            248.258.6262, 248.258.6047 - fax
            dob@obryanlaw.net